IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V., <br><br> Plaintiffs, <br><br> v. <br><br> AXIS LIGHTING INC., <br><br> Defendant. | C. A. No. 1:19-CV-5516-DLC |

**UNOPPOSED MOTION TO WITHDRAW
MOTION FOR ADMISSION *PRO HAC VICE***

I represent Plaintiffs Signify North America Corporation and Signify Holding B.V. (collectively, "Signify") in this action and respectfully submit this motion to withdraw the pending motion for admission *pro hac vice* for C. Brandon Rash dated September 19, 2019 (Dkt. No. 25).

Effective on or about October 7, 2019, I will no longer be with the Finnegan firm. Signify has been informed of and consents to this request. My withdrawal will not have a disruptive impact on this case, which is in the pleadings stage. Naresh Kilaru is eligible to practice in this Court and has entered an appearance, and he will continue to represent Signify. Counsel for Defendant Axis Lighting Inc. has been consulted and does not object to this request.

Accordingly, the undersigned respectfully requests that the Court grant this motion to withdraw the motion for admission *pro hac vice* for C. Brandon Rash.

Dated: October 4, 2019

Respectfully submitted,

*s/ C. Brandon Rash*
C. Brandon Rash (*pro hac vice* pending)
Naresh Kilaru (NK3496)
FINNEGAN, HENDERSON, FARABOW,

GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

**COUNSEL FOR PLAINTIFFS**
*Signify North America Corporation and*
*Signify Holding B.V.*

## CERTIFICATE OF SERVICE

The undersigned hereby states that the above was served on all parties of record, via this Court's ECF filing system on October 4, 2019.

*s/ C. Brandon Rash*
C. Brandon Rash
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 408-4475 - Direct
(202) 408-4400 - Fax
