UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
SIGNIFY NORTH AMERICA CORPORATION and
SIGNIFY HOLDING B.V.,
:
:        19cv5516 (DLC)
:
            Plaintiffs,
:
:              ORDER
    -v-
:
AXIS LIGHTING INC.,
:
            Defendant.
:
---------------------------------------X

DENISE COTE, District Judge:

On February 5, 2020, counsel for the defendant submitted a letter pursuant to Rule 3.G. of the Court's Individual Practices in Civil Cases, noting that a motion has been fully submitted for sixty days. The parties are hereby advised that the Court is aware of the fully submitted motion, and will decide it as expeditiously as possible.

Dated:   New York, New York
         February 5, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge