```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
SIGNIFY NORTH AMERICA CORPORATION and    :
SIGNIFY HOLDING B.V.,                    :     19cv5516 (DLC)
                                         :
                            Plaintiffs,  :     ORDER
                                         :
              -v-                        :
                                         :
AXIS LIGHTING INC.,                      :
                                         :
                            Defendant.   :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2020

DENISE COTE, District Judge:

An Opinion and Order filed today denied the defendant's October 21, 2019 motion to dismiss the amended complaint. Accordingly, it is hereby

ORDERED that the defendant shall answer the amended complaint by **March 27, 2020.**

IT IS FURTHER ORDERED that the initial pretrial conference is scheduled for **April 3, 2020** at **2:30 pm**. Counsel for the plaintiffs shall have all parties on the line and call chambers at 212-805-0202. **The attorneys who will serve as principal trial counsel must participate in this telephone conference.**

Dated:   New York, New York
         March 4, 2020

                                   _____
                                         DENISE COTE
                                   United States District Judge