```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
SIGNIFY NORTH AMERICA CORPORATION and    :
SIGNIFY HOLDING B.V.,                    :
                                         :    19cv5516 (DLC)
                        Plaintiffs,      :
             -v-                         :        ORDER
                                         :
AXIS LIGHTING INC.,                      :
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On March 18, 2020, plaintiffs filed a motion for reconsideration of this Court's Opinion and Order of March 4, 2020, to the extent it granted defendant's motion to dismiss plaintiffs' claims for willful patent infringement. Accordingly, it is hereby

ORDERED that any opposition is due **April 10, 2020**. Any reply is due **April 24.**

Dated:   New York, New York
         March 19, 2020

                                        _____
                                           DENISE COTE
                             United States District Judge