```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :      19cv5516 (DLC)
SIGNIFY NORTH AMERICA CORPORATION and    :
SIGNIFY HOLDING B.V.,                    :      ORDER
                      Plaintiffs,        :
              -v-                        :
                                         :
AXIS LIGHTING INC.,                      :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of March 4, 2020 directed the parties to call Chambers at 212-805-0202 to participate in the telephonic conference scheduled for tomorrow, **April 3** at **2:30 pm**. It is hereby

ORDERED that, instead, the parties shall use the following dial-in credentials for the April 3 telephone conference:

        Dial-in:     888-363-4749
        Access code:  4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:   New York, New York
       April 2, 2020

                                          DENISE COTE
                            United States District Judge