USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/07/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SIGNIFY NORTH AMERICA CORPORATION and
SIGNIFY HOLDING B.V.,

                                        Plaintiffs,

        -against-

AXIS LIGHTING INC,

                                        Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**19-cv-5516 (DLC) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 56). A telephone conference will be held on **Thursday, June 4, 2020 at 4:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. The parties should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time.

      SO ORDERED.

Dated: April 7, 2020
       New York, New York

                                             _____
                                             KATHARINE H. PARKER
                                             United States Magistrate Judge