```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SIGNIFY NORTH AMERICA CORPORATION and    :    19cv5516(DLC)
SIGNIFY HOLDING B.V.,                    :
                                         :         ORDER
                    Plaintiffs,          :
          -v-                            :
                                         :
AXIS LIGHTING INC.,                      :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The parties having filed a letter of April 9, 2020 regarding discovery disputes, it is hereby

ORDERED that, no extraordinary burden having been identified by the defendant, and the figures in dispute being subject to discovery, the defendant must promptly provide the 6 years of sales figures to assist in settlement discussions.

IT IS FURTHER ORDERED that the plaintiff shall provide the defendant promptly with detailed infringement contentions for the principal claim from the principal patent on which it brings this lawsuit.

Dated: New York, New York
       April 10, 2020

                                  _____
                                       DENISE COTE
                                  United States District Judge