```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SIGNIFY NORTH AMERICA CORPORATION and    :    19cv5516(DLC)
SIGNIFY HOLDING B.V.,                    :
                                         :          ORDER
                              Plaintiffs,:
             -v-                         :
                                         :
AXIS LIGHTING INC.,                      :
                                         :
                              Defendant. :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On April 17, 2020, plaintiffs filed a motion to strike the first affirmative defense, patent invalidity, and seventh affirmative defense, patent misuse, raised in the defendant's March 27 answer.  It is hereby

ORDERED that plaintiffs' motion to strike the first and seventh affirmative defenses is denied without prejudice to renewal fourteen days after the defendant serves its Invalidity Contentions pursuant to Local Patent Rule 7.

Dated:    New York, New York
          April 20, 2020

                                   _____
                                          DENISE COTE
                                   United States District Judge