# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V.,<br><br>Plaintiffs,<br><br>vs.<br><br>AXIS LIGHTING INC.,<br><br>Defendant. | C.A. No. 1:19-cv-5516 (DLC) (KHP) |

## [PROPOSED] ORDER GRANTING DEFENDANT AXIS LIGHTING INC.'S UNOPPOSED MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Pursuant to Rule 37(a)(3)(B) of the Federal Rules of Civil Procedure, and for good cause shown, this Court GRANTS Defendant Axis Lighting Inc.'s Unopposed Motion to Compel Production of Documents. Plaintiffs Signify North America Corporation and Signify Holding B.V. are ORDERED to produce the license agreements identified in Exhibit 1 to Defendant's motion. All documents produced pursuant to this Order are to be marked as "HIGHLY CONFIDENTIAL" under the Protective Order in this action.

Dated: July 2, 2020

_____
DENISE COTE
United States District Judge