```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SIGNIFY NORTH AMERICA CORPORATION and
SIGNIFY HOLDING B.V.,

                                    Plaintiffs,

               -against-

AXIS LIGHTING INC,

                                    Defendants.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/15/2020

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**19-cv-5516 (DLC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephone settlement status conference in this matter is scheduled for **Tuesday, January 12, 2021 at 4:00 p.m.**  Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with all parties on the line.  Please dial 212-805-0234.

SO ORDERED.

Dated: July 15, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge