```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    19cv5516 (DLC)
SIGNIFY NORTH AMERICA CORPORATION and    :
SIGNIFY HOLDING B.V.,                    :         ORDER
                          Plaintiffs,    :
                -v-                      :
                                         :
AXIS LIGHTING INC.,                      :
                                         :
                          Defendant.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having reviewed the parties' letters of August 7, 10, and 11, regarding their discovery dispute, it is hereby

ORDERED that discovery shall not be stayed in this action.

IT IS FURTHER ORDERED that the defendant shall promptly respond to the plaintiffs' draft protocol for conducting electronic discovery ("e-discovery protocol"), and the parties shall submit their proposed e-discovery protocol to the Court by **August 21, 2020.**

IT IS FURTHER ORDERED that the defendant shall promptly respond to the plaintiffs' document requests and interrogatories served on July 15, 2020.

Dated:    New York, New York
          August 12, 2020

                                   _____
                                           DENISE COTE
                                   United States District Judge