```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SIGNIFY NORTH AMERICA CORPORATION and    :    19cv5516 (DLC)
SIGNIFY HOLDING B.V.,                    :
                                         :         ORDER
               Plaintiffs,               :
                                         :
          -v-                            :
                                         :
AXIS LIGHTING, INC.,                     :
                                         :
               Defendant.                :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On October 9, 2020, plaintiffs filed a renewed motion to strike defendant's seventh affirmative defense of patent misuse. It is hereby

ORDERED that defendant shall file any opposition to plaintiffs' motion to strike by **October 23, 2020.**

IT IS FURTHER ORDERED that plaintiffs shall file any reply in support of their motion to strike by **October 30, 2020.**

Dated:   New York, New York
         October 9, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge