```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SIGNIFY NORTH AMERICA CORPORATION and   :
SIGNIFY HOLDING B.V.,                   :
                                        :         19cv5516 (DLC)
                        Plaintiffs,     :
            -v-                         :             ORDER
                                        :
AXIS LIGHTING, INC.,                    :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having reviewed the parties' letters of October 9 and 14, 2020, it is hereby

ORDERED that Axis shall not add the phrase "to the extent Axis is aware of any" to the definitions of accused products.

IT IS FURTHER ORDERED that the parties shall make a good faith effort to agree on a stipulation of claimed components and advise the Court by **October 22 at noon** of any remaining dispute.

IT IS FURTHER ORDERED that Axis shall by **October 28** make a substantial production in response to Signify's interrogatories and document demands. Axis shall complete its production by **November 11, 2020**.

Dated:   New York, New York
         October 16, 2020

_____
DENISE COTE
United States District Judge