UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIGNIFY NORTH AMERICA CORPORATION
and SIGNIFY HOLDING B.V.,

        Plaintiffs,

v.

AXIS LIGHTING INC.,

        Defendant.

C.A. No. 1:19-CV-5516-DLC

**JURY TRIAL DEMANDED** [struck through]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2020

[PROPOSED] ORDER

And now, on this 23rd day of October, 2020, upon considering Defendant's letter dated October 23, 2020, requesting permission to seal Exhibit 2 to the Declaration of Cheryl T. Burgess, and upon review of the documents attached submitted therewith,

**IT IS HEREBY ORDERED THAT** Defendant's Exhibit 2 to the Declaration of Cheryl T. Burgess be placed under seal.

                                                _____
                                                Hon. Denise L Cote
                                                United States District Judge