```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SIGNIFY NORTH AMERICA CORPORATION and    :    19cv5516 (DLC)
SIGNIFY HOLDING B.V.,                    :
                                         :           ORDER
                 Plaintiffs,             :
                                         :
         -v-                             :
                                         :
AXIS LIGHTING, INC.,                     :
                                         :
                 Defendant.              :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On November 20, 2020, defendant Axis Lighting, Inc. ("Axis") requested permission to exceed the page limit set for its opposing claim construction brief from twenty-five pages to fifty pages in order to address the twenty-nine terms it contends must be construed. In a separate letter filed on the same day, Axis sought an order compelling plaintiffs Signify North American Corporation and Signify Holding B.V. ("Signify") to produce any documents withheld based on third-party confidentiality and to supplement its responses to Interrogatory No. 9.

Signify filed responsive letters on November 23 and November 24. Signify requests that claim construction briefing be limited to eleven terms. In a letter of November 24, Axis requests that claim construction briefing address twenty-nine

terms.  It is hereby

ORDERED that Axis' request for an expansion of the page limits is denied.

IT IS FURTHER ORDERED that Signify's request to restrict the briefing on claim construction to eleven terms is granted.

IT IS FURTHER ORDERED that Axis' November 20 request to compel Signify to produce additional documents and to supplement its responses to Interrogatory No. 9 is denied.

Dated:    New York, New York
          November 25, 2020

```
                              _____
                                    DENISE COTE
                              United States District Judge
```