UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V., <br><br> Plaintiffs, <br><br> v. <br><br> AXIS LIGHTING INC., <br><br> Defendant. | C.A. No. 1:19-CV-5516-DLC <br><br> **JURY TRIAL DEMANDED** |

### AXIS LIGHTING INC.'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION

**PLEASE TAKE NOTICE** that Defendant Axis Lighting Inc. ("Axis"), hereby moves this Court for reconsideration of this Court's Order (D.I. 126) denying Axis' request to compel Signify to produce licenses to the Patents-in-Suit. Axis refers to the Memorandum of Law submitted with this motion.

December 9, 2020

Respectfully submitted,

 */s/ Cheryl T. Burgess*
Michael K. Friedland
Cheryl T. Burgess
Knobbe, Martens, Olson & Bear LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502
E-mail:
Michael.friedland@knobbe.com
Cheryl.burgess@knobbe.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby states that the above was served on all counsel of record, via email, this 9 December 2020.

C. Brandon Rash (pro hac vice)
brandon.rash@akingump.com
M. Andrew Holtman (pro hac vice)
andy.holtman@akingump.com
Ryan S. Stronczer (pro hac vice)
rstronczer@akingump.com
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006
(202) 887-4000

Michael P. Kahn (4068615)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park, 44th Floor
New York, NY 10036
(212) 872-1082
mkahn@akingump.com

COUNSEL FOR PLAINTIFFS
Signify North America Corporation and
Signify Holding B.V.

*/s/ Cheryl T. Burgess*
Cheryl T. Burgess