**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SIGNIFY NORTH AMERICA CORPORATION
and SIGNIFY HOLDING B.V.,

              Plaintiffs,

    v.

AXIS LIGHTING INC.,

             Defendant.

C.A. No. 1:19-CV-5516-DLC

**JURY TRIAL DEMANDED**

**AXIS LIGHTING INC.'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION**

**PLEASE TAKE NOTICE** that Defendant Axis Lighting Inc. ("Axis"), hereby moves this Court for reconsideration of this Court's Order (D.I. 126) denying Axis' request to increase the page limit on claim construction briefing and granting Plaintiffs Signify North America Corp. and Signify Holding B.V.'s (collectively, "Signify") request to limit the claim construction briefing to eleven claim terms for construction.  Axis refers to the Memorandum of Law submitted with this motion.

December 9, 2020

Respectfully submitted,

 /s/ Cheryl T. Burgess
Michael K. Friedland
Cheryl T. Burgess
Knobbe, Martens, Olson & Bear LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Phone:  (949) 760-0404
Fax:  (949) 760-9502
E-mail:
Michael.friedland@knobbe.com
Cheryl.burgess@knobbe.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby states that the above was served on all counsel of record, via email, this 9 December 2020.

C. Brandon Rash (pro hac vice)
brandon.rash@akingump.com
M. Andrew Holtman (pro hac vice)
andy.holtman@akingump.com
Ryan S. Stronczer (pro hac vice)
rstronczer@akingump.com
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006
(202) 887-4000

Michael P. Kahn (4068615)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park, 44th Floor
New York, NY 10036
(212) 872-1082
mkahn@akingump.com

COUNSEL FOR PLAINTIFFS
Signify North America Corporation and
Signify Holding B.V.

*/s/ Cheryl T. Burgess*
Cheryl T. Burgess