```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SIGNIFY NORTH AMERICA CORPORATION and    :    19cv5516 (DLC)
SIGNIFY HOLDING B.V.,                    :
                                         :           ORDER
                Plaintiffs,              :
                                         :
        -v-                              :
                                         :
AXIS LIGHTING, INC.,                     :
                                         :
                Defendant.               :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of November 25, 2020 granted the request of plaintiffs Signify North American Corporation and Signify Holding B.V. ("Signify") to restrict the briefing on claim constriction to eleven terms.  The Order denied defendant Axis Lighting Inc.'s ("Axis") request for an expansion of page limits for its opposing claim construction brief.

On December 9, Axis filed a motion for clarification of the Order of November 25 regarding the specific eleven terms to which the Order referred.  Axis also filed a motion for reconsideration of the denial of its request to increase the page limit on claim construction and the grant of Signify's request to limit claim construction to eleven terms.  It is hereby

ORDERED that the Order of November 25 referred to the

eleven terms identified by Signify in its letter of November 23 to the Court.

IT IS FURTHER ORDERED that Axis' motion for reconsideration of the denial of its request to increase the page limit on claim construction and the grant of Signify's request to limit claim construction to eleven terms is denied.

Dated:    New York, New York
          December 10, 2020

                                          _____
                                              DENISE COTE
                                          United States District Judge