```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SIGNIFY NORTH AMERICA CORPORATION and    :    19cv5516 (DLC)
SIGNIFY HOLDING B.V.,                    :
                                         :         ORDER
                 Plaintiffs,             :
                                         :
         -v-                             :
                                         :
AXIS LIGHTING, INC.,                     :
                                         :
                 Defendant.              :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of November 25, 2020 denied defendant Axis Lighting Inc.'s ("Axis") November 20 request to compel plaintiffs Signify North American Corporation and Signify Holding B.V. ("Signify") to produce additional licenses.  On December 9, Axis filed a motion for reconsideration of the denial this request.  Axis narrowed its request in the motion for reconsideration to include only licenses to patents-in-suit.

Signify has already agreed to produce over nine hundred licenses for patents-in-suit, which constitutes over ninety percent of the existing licenses.  Axis requests the remaining ten percent.  The remaining ten percent contain confidentiality provisions that would require Signify to notify third parties. Signify has offered to produce a sample of ten of the remaining licenses, which Axis has refused.  Axis has also refused to

negotiate with Signify about a simplification of damages discovery. Accordingly, pursuant to Rules 1 and 26 of the Federal Rules of Civil Procedure and considering principles of proportionality, it is hereby

ORDERED that Axis' motion for reconsideration of the denial of its request to compel Signify to produce additional licenses is denied.

Dated:    New York, New York
          December 11, 2020

                                   _____
                                           DENISE COTE
                               United States District Judge