# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V.,<br><br>Plaintiffs,<br><br>vs.<br><br>AXIS LIGHTING INC.,<br><br>Defendant. | C.A. No. 1:19-cv-5516 (DLC) (KHP) |

### [PROPOSED] STIPULATED ORDER FOR 60-DAY STAY AND AMENDED SCHEDULE

WHEREAS, Plaintiffs Signify North America Corporation and Signify Holding B.V. ("Signify") and Defendant Axis Lighting Inc. ("Axis") are engaged in a patent litigation, *Signify North America Corporation and Signify Holding B.V. v. Axis Lighting Inc.*, No. 1:19-CV-5516 (DLC) (KHP) (S.D.N.Y.);

WHEREAS, the parties are engaged in ongoing settlement efforts to resolve this matter;

WHEREAS, to facilitate those ongoing settlement efforts between the parties and focus their time and efforts toward the same, the parties conferred and, on December 29, 2020, agreed to a 60-day stay and a corresponding 60-day extension of current deadlines in the case;

NOW THEREFORE, the parties hereby stipulate, agree, and request that this Court enter an order:

1. Staying this action until and through Friday, February 26, 2021, during which time neither party will conduct discovery or file motions; and

2. Extending all current deadlines in the case for sixty (60) days, including amendment of the case schedule as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Telephone settlement status conference (D.I. 75) | **January 12, 2021 at 4:00 pm** | **To be rescheduled by Magistrate Judge Parker** |
| Defendant's responding Markman brief due (D.I. 119) | **February 5, 2021** | **April 6, 2021** |
| Plaintiffs' reply Markman brief due (D.I. 119) | **February 19, 2021** | **April 20, 2021** |
| All fact discovery must be completed | **March 26, 2021** | **May 25, 2021** |
| Plaintiffs' identification of experts and disclosure of expert testimony | **April 23, 2021** | **June 22, 2021** |
| Defendant's identification of experts and disclosure of expert testimony | **May 14, 2021** | **July 13, 2021** |
| All discovery must be completed | **June 11, 2021** | **August 10, 2021** |
| Serve any motion for summary judgment | **July 9, 2021** | **September 7, 2021** |
| Serve opposition to any motion for summary judgment | **July 30, 2021** | **September 28, 2021** |
| Serve reply to any motion for summary judgment | **August 13, 2021** | **October 12, 2021** |
| In the event no motion is filed, Joint Pretrial Order must be filed by | **July 9, 2021** | **September 7, 2021** |

Dated: December 29, 2020

STIPULATED and AGREED to by:

| | |
|---|---|
| */s/ C. Brandon Rash* | */s/ Michael K. Friedland* |
| C. Brandon Rash (*pro hac vice*) | Cheryl T. Burgess |
| M. Andrew Holtman (*pro hac vice*) | Michael K. Friedland |
| Ryan Stronczer (*pro hac vice*) | Knobbe, Martens, Olson, & Bear LLP |
| Akin Gump Strauss Hauer & Feld LLP | 2040 Main Street, 14th Floor |
| Robert S. Strauss Tower | Irvine, CA 92614 |
| 2001 K Street, N.W. | Phone: (949) 760-0404 |
| Washington, DC 20006 | Fax: (949) 760-9502 |
| (202) 887-4000 | E-mail: |
| brandon.rash@akingump.com | michael.friedland@knobbe.com |
| andy.holtman@akingump.com | cheryl.burgess@knobbe.com |
| rstronczer@akingump.com | |
| | *COUNSEL FOR DEFENDANTS* |
| Michael P. Kahn (4068615) | *Axis Lighting Inc.* |
| Akin Gump Strauss Hauer & Feld LLP | |
| One Bryant Park, 44th Floor | |
| New York, NY 10036 | |
| (212) 872-1082 | |
| mkahn@akingump.com | |

*COUNSEL FOR PLAINTIFFS*
*Signify North America Corporation and*
*Signify Holding B.V.*

## **ORDER**

**SO ORDERED.**

Dated:_____, 2020            _____

                                                                                      HON. DENISE COTE
                                                                                      U.S. DISTRICT COURT JUDGE