# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V., <br><br> Plaintiffs, <br><br> v. <br><br> AXIS LIGHTING INC., <br><br> Defendant. | C. A. No. 1:19-CV-5516-DLC <br><br> JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Signify North America Corporation and Signify Holding B.V. and Defendant Axis Lighting Inc., through their attorneys of record, jointly file this Joint Stipulation of Dismissal, dismissing all claims and counterclaims in this action by agreement of the parties. All attorneys' fees, costs, and expenses shall be borne by the party incurring same.

So ordered. 3.26.2021.   _____
　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　United States District Judge

Dated: March 25, 2021

STIPULATED and AGREED to by:

_____
C. Brandon Rash (*pro hac vice*)
M. Andrew Holtman (*pro hac vice*)
Ryan Stronczer (*pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, DC 20006
(202) 887-4000
brandon.rash@akingump.com
andy.holtman@akingump.com
rstronczer@akingump.com

Michael P. Kahn (4068615)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park, 44th Floor
New York, NY 10036
(212) 872-1082
mkahn@akingump.com

*COUNSEL FOR PLAINTIFFS*
*Signify North America Corporation and*
*Signify Holding B.V.*

_____
Cheryl T. Burgess
Michael K. Friedland
Knobbe, Martens, Olson, & Bear LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502
E-mail:
michael.friedland@knobbe.com
cheryl.burgess@knobbe.com

*COUNSEL FOR DEFENDANTS*
*Axis Lighting Inc.*

## ORDER

**SO ORDERED.**

Dated:_____, 2021      _____
                                  HON. DENISE COTE
                                  United States District Judge